FILED

04/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0465

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0465

STATE OF MONTANA,

  Plaintiff and Appellee,

 v.

THOMAS RALPH BRISTOW,

  Defendant and Appellant.

## ORDER

  Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefore,

  IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including May 19, 2023, within which to prepare, file, and serve its response brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2023